

FILED \_\_\_RECEIVED
\_\_\_ENTERED \_\_\_SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 7 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-276-JCM (LRL) |
| ROBERT RUDE, | ) | |
| Defendant. | ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 17, 2011, defendant ROBERT RUDE, pled guilty to Count Three of a Four-Count Criminal Indictment charging him in Count Three with Manufacture of a Machine Gun, in violation of Title 26, United States Code, Section 5861(f). Docket #1.

This Court finds defendant ROBERT RUDE, agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum. #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum and the offense to which defendant ROBERT RUDE pled guilty.

The following assets are subject to forfeiture pursuant to Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c):

    (a)    one (1) AK-type 5.45x39mm caliber machine gun made from a Model M74 semiautomatic rifle manufactured by Century Arms, Inc.;

| | |
|---|---|
| 1 | (b) three AK type rifles machine guns with the identifying markings removed. |
| 2 | The AK rifles are marked "made in Romania" on the upper receiver; |
| 3 | (c) one Romarm/Cugir, model GP WASR 10/63, 7.62 caliber rifle; |
| 4 | (d) one NoDak Spud LLC, model NDS-9, 7.62 caliber rifle; and |
| 5 | (e) any and all ammunition. |

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ROBERT RUDE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Nevada State Bar No. 1925

Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 17th day of Oct, 2011.

_____
UNITED STATES DISTRICT JUDGE