FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
AUG 1 3 2012
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-276-JCM (VCF) |
| ROBERT RUDE, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On October 17, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ROBERT RUDE to a criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant ROBERT RUDE pled guilty. Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 49; Plea Memorandum, ECF No. 51; Preliminary Order of Forfeiture, ECF No. 52.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 20, 2011, through November 18, 2011, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 54.

. . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2    time for filing such petitions and claims has expired.

     This Court finds no petitions are pending with regard to the assets named herein and the time
     for presenting such petitions has expired.

     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

   (a)   one (1) AK-type 5.45x39mm caliber machine gun made from a Model M74 semiautomatic rifle manufactured by Century Arms, Inc.;

   (b)   three (3) AK type rifle machine guns with the identifying markings removed. The AK rifles are marked "made in Romania" on the upper receiver;

   (c)   one (1) Romarm/Cugir, model GP WASR 10/63, 7.62 caliber rifle;

   (d)   one (1) NoDak Spud LLC, model NDS-9, 7.62 caliber rifle; and

   (e)   any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE